# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 18-1616V
Filed: February 10, 2020

| | | |
|---|---|---|
| * * * * * * * * * * * * * | | |
| RICHARD BRIESEACHER, | * | |
| | * | |
| Petitioner, | * | Joint Stipulation of Dismissal; |
| | * | Vaccine Rule 21(a); No Judgment; |
| v. | * | Order Concluding Proceedings |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * | | |

*Matthew B. Vianello, Esq.,* Jacobson Press P.C., Clayton, MO, for petitioner.
*Julia Collison, Esq.,* U.S. Dept. of Justice, Washington, DC for respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

**Roth,** Special Master:

On February 7, 2020, the parties filed a Joint Stipulation of Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

---

[1] Although this Order has been formally designated "unpublished," it will nevertheless be posted on the Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). **This means the Order will be available to anyone with access to the internet.** However, the parties may object to the Order's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Order will be available to the public. *Id*.

2

**IT IS SO ORDERED.**

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master